**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **MICHELLE JOHNSON** ) | |
| ) | **Case No. 2:20-cv-02010-DDC-JPO** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SUGAR CREEK PACKING COMPANY** ) | |
| ) | |
| **Defendant.** ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through counsel, hereby stipulate to the dismissal of this action, with prejudice. Each party to bear their own fees and costs.


By:   /s/ Randall W. Brown
Randall W. Brown          KS# 17905
*randy@thornberrybrown.com*
Stephen C. Thornberry     KS# 17494
s*teve@thornberrybrown.com*
THORNBERRY BROWN, LLC
4550 Main Street, Suite 205
Kansas City, Missouri 64111
(816) 531-8383 *telephone*
(816) 531-8385 *facsimile*
Attorneys for Plaintiff

By:   /s/ Amanda E. Sisney
Kyle B. Russell      KS # 20457
Amanda E. Sisney     KS # 25866
JACKSON LEWIS P.C.
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.Russell@jacksonlewis.com
Amanda.Sisney@jacksonlewis.com
Attorneys for Defendant