## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHELLE JOHNSON** ) | |
| ) | **Case No. 2:20-cv-02010-DDC-JPO** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SUGAR CREEK PACKING COMPANY** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER OF DISMISSAL

The Court, pursuant to the parties' Stipulation of Dismissal (Docket #11) and being duly advised in the premises hereby ORDERS:

This matter is dismissed with prejudice. Each party to bear his own fees and costs.

IT IS SO ORDERED.

Dated April 30, 2020 at Kansas City, Kansas.


/s/      Daniel D. Crabtree

Daniel D. Crabtree
United States District Judge

1